| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Central District of California |
| Case number (if known): _____ Chapter 7 |



☐ Check if this is an amended filing

## Official Form 105
# Involuntary Petition Against an Individual                               12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:
- ☑ Chapter 7
- ☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's full name**

Philip
First name

James
Middle name

Layfield
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Philip Samuel Pesin

Include any assumed, married, maiden, or trade names, or *doing business as* names.

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☐ Unknown

xxx – xx – 8 1 4 0        OR        9xx – xx – ___ ___ ___ ___

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☐ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

Debtor  **Philip James Layfield**                          Case number (if known)_____

| | | |
|---|---|---|
| 6. **Debtor's address** | **Principal residence** | **Mailing address, if different from residence** |

Los Angeles MDC (Serial No. 71408-050)
Number    Street

535 N. Alameda Street

Los Angeles                    CA    90012
City                           State ZIP Code

Number    Street

City                           State ZIP Code

Los Angeles, California
County

**Principal place of business**

Number    Street

City                           State ZIP Code

County

7. **Type of business**

☑ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

8. **Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

9. **Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☐ No
☑ Yes. Debtor  Layfield & Barrett, APC                    Relationship  Affiliate
        District  C.D. Cal.        Date filed  08/03/2017    Case number, if known  2:17-bk-19548
                                   MM / DD / YYYY

        Debtor _____             Relationship _____
        District _____ Date filed _____ Case number, if known _____
                                     MM / DD / YYYY

Official Form 105                Involuntary Petition Against an Individual                page **2**

Debtor     **Philip James Layfield**                                    Case number *(if known)*_____

### Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

*Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No

☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Wellgen Standard, LLC | Judgment | $ 4,488,153.80 |
| Richard M. Pachulski, Chapter 11 Trustee of Layfield & Barrett, APC | Conversion | $ 1,002,500.00 |
| Alliance Legal Solutions, LLC | Guaranty | $ 154,407.93 |
| | Total | $ 5,645,061.73 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor **Philip James Layfield**    Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _/s/ Dan A. Taussig_
Signature of petitioner or representative, including representative's title

**Wellgen Standard, LLC**
Printed name of petitioner

Date signed  5/18/2018
              MM / DD / YYYY

**Mailing address of petitioner**

50 Ridgewood Rd.
Number    Street

Chagrin Falls          OH        44022
City                   State     ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  216-346-9796
Email  dtaussig@live.com

**Name and mailing address of petitioner's representative, if any**

Dan A. Taussig
Name

50 Ridgewood Rd.
Number    Street

Chagrin Falls          OH        44022
City                   State     ZIP Code

**Attorneys**

X _/s/ Jeffrey I. Golden_
Signature of attorney

**Jeffrey I. Golden**
Printed name

**Lobel Weiland Golden Friedman LLP**
Firm name, if any

Suite 950, 650 Towne Center Drive
Number    Street

Costa Mesa             CA        92626
City                   State     ZIP Code

Date signed  _____
             MM / DD / YYYY

Contact phone 714-966-1000    Email jgolden@lwgfllp.com

Official Form 105                 Involuntary Petition Against an Individual                 page **4**

Debtor  **Philip James Layfield** _____  Case number (if known)_____

**✗** _[signature]_ _____  **✗** _[signature]_ _____
Signature of petitioner or representative, including representative's title  Signature of Attorney

**Richard M. Pachulski, Chapter 11 Trustee**  **Malhar S. Pagay**
Printed name of petitioner  Printed name

Date signed  5 / 17 / 2018  **Pachulski Stang Ziehl & Jones LLP**
MM / DD / YYYY  Firm name, if any

**10100 Santa Monica Blvd., 13th Floor**
Number    Street

**Mailing address of petitioner**  **Los Angeles**    CA    90067
City    State    ZIP Code

**10100 Santa Monica Blvd. Ste. 1300**  Date signed  5 / 17 / 2018
Number    Street  MM / DD / YYYY

**Los Angeles**    CA    90067  Contact phone  **310-277-6910**    Email **mpagay@pszjlaw.com**
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State ZIP Code

---

**✗** _____  **✗** _____
Signature of petitioner or representative, including representative's title  Signature of Attorney

**Alliance Legal Solutions, LLC**  **Megan Hanley Baer**
Printed name of petitioner  Printed name

Date signed  _____
MM / DD / YYYY  Firm name, if any

**501 S. Sharon Amity Road**
Number    Street

**Mailing address of petitioner**  **Charlotte**    NC    28211
City    State    ZIP Code

**501 S. Sharon Amity Road**  Date signed  _____
Number    Street  MM / DD / YYYY

**Charlotte**    NC    28211  Contact phone **877-584-9044**    Email **mbaer@alliancefundings.com**
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Cheryl Kaufman**
Name

**501 S. Sharon Amity Road**
Number    Street

**Charlotte**    NC    28211
City    State    ZIP Code

---

Official Form 105    Involuntary Petition Against an Individual    page **5**

Debtor: **Philip James Layfield**    Case number (if known): ___

---

**Signature of petitioner or representative, including representative's title** ✗

Printed name of petitioner: **Richard M. Pachulski, Chapter 11 Trustee**

Date signed: ___ / ___ / ___ (MM/DD/YYYY)

**Mailing address of petitioner**
- Number Street: 10100 Santa Monica Blvd. Ste. 1300
- City: Los Angeles   State: CA   ZIP Code: 90067

**Name and mailing address of petitioner's representative, if any**
- Name: Dan A. Taussig
- Number Street: 50 Ridgewood Rd
- City: Chagrin Falls   State: OH   ZIP Code: 44022

---

**Signature of Attorney** ✗

Printed name: **Malhar S. Pagay**

Firm name, if any: **Pachulski Stang Ziehl & Jones LLP**

Number Street: 10100 Santa Monica Blvd., 13th Floor

City: Los Angeles   State: CA   ZIP Code: 90067

Date signed: ___ / ___ / ___ (MM/DD/YYYY)

Contact phone: 310-277-6910   Email: mpagay@pszjlaw.com

---

**Signature of petitioner or representative, including representative's title** ✗ [signature]

Printed name of petitioner: **Alliance Legal Solutions, LLC**

Date signed: 05 / 15 / 2018 (MM/DD/YYYY)

**Mailing address of petitioner**
- Number Street: 501 S. Sharon Amity Road
- City: Charlotte   State: NC   ZIP Code: 28211

**Name and mailing address of petitioner's representative, if any**
- Name: Cheryl Kaufman
- Number Street: 501 S. Sharon Amity Road
- City: Charlotte   State: NC   ZIP Code: 28211

---

**Signature of Attorney** ✗ [signature]

Printed name: **Megan Hanley Baer**

Firm name, if any: ___

Number Street: 501 S. Sharon Amity Road

City: Charlotte   State: NC   ZIP Code: 28211

Date signed: 5 / 15 / 2018 (MM/DD/YYYY)

Contact phone: 877-584-9044   Email: mbaer@alliancefundings.com

---