| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey I. Golden, State Bar No. 133040<br>jgolden@wgllp.com<br>Beth E. Gaschen, State Bar No. 245894<br>bgaschen@wgllp.com<br>WEILAND GOLDEN GOODRICH LLP<br>650 Town Center Drive, Suite 600<br>Costa Mesa, California 92626<br>Telephone: (714) 966-1000<br>Facismile: (714) 966-1002<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Wellgen Standard, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>PHILIP JAMES LAYFIELD,<br><br>                                                    Debtor(s). | CASE NO.:        2:18-bk-15829-NB<br>ADVERSARY NO.:<br>CHAPTER:          7 |
|---|---|
| <br><br>                                      vs.                        Plaintiff(s).<br><br><br><br><br><br><br><br>                                                   Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:            09/18/2018<br>TIME:            11:00 a.m.<br>COURTROOM:  1545<br>ADDRESS:<br>                 255 E. Temple Street<br>                 Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.  PLEADINGS/SERVICE:**

| | | |
|---|---|---|
| 1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? | ☒ Yes | ☐ No |
| 2. Have all parties filed and served answers to the Claims Documents? | ☐ Yes | ☒ No |
| 3. Have all motions addressed to the Claims Documents been resolved? | ☐ Yes | ☒ No |
| 4. Have counsel met and conferred in compliance with LBR 7026-1? | ☐ Yes | ☒ No |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                 Page 1                                              **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

   Service of the summons and involuntary petition was effectuated on August 24, 2018. The deadline for the alleged debtor to answer the involuntary petition is September 17, 2018.

B. <u>**READINESS FOR TRIAL**</u>:

   1. When will you be ready for trial in this case?

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | It will depend on whether the alleged debtor consents to the order for relief or files an answer or other response. | |

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | See response to B.1 above. | |

   3. When do you expect to complete <u>your</u> discovery efforts?

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | See response to B.1 above. | |

   4. What additional discovery do you require to prepare for trial?

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | See response to B.1 above. | |

C. <u>**TRIAL TIME**</u>:

   1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | See response to B.1 above. | |

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | See response to B.1 above. | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 2                                    **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| See response to B.1 above. | |

### D. **PRETRIAL CONFERENCE**:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Pretrial conference ☐ is ☒ is not requested<br>Reasons: | Pretrial conference ☐ is ☐ is not requested<br>Reasons: |
| See response to B.1 above. | |

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Pretrial conference should be set <u>after</u>:<br>(*date*) _____ | Pretrial conference should be set <u>after</u>:<br>(*date*) _____ |

### E. **SETTLEMENT**:

1. What is the status of settlement efforts?

    N/A

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| ☐ Yes    ☒ No | ☐ Yes    ☐ No |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 3      **F 7016-1.STATUS.REPORT**

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 09/04/2018

WEILAND GOLDEN GOODRICH LLP
Printed name of law firm

/s/ Jeffrey I. Golden
Signature

Jeffrey I. Golden
Printed name

Attorney for: Wellgen Standard, LLC

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 4     **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 600, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 4, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **September 4, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 4, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil Bason, 255 E. Temple Street, Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 4, 2018 | Kelly Adele | *Kelly Adele* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
0.0

F 9013-3.1.PROOF.SERVICE

**VIA OVERNIGHT MAIL**
Philip Layfield
1875 K. Street NW
Washington, DC  20006

**Electronic Mail Notice List**
Wesley H Avery (TR)     wes@averytrustee.com,
C117@ecfcbis.com;lucy@averytrustee.com;alexandria@averytrustee.com
Beth Gaschen     bgaschen@wgllp.com,
kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
Jeffrey I Golden     jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Malhar S Pagay     mpagay@pszjlaw.com, mpagay@pszjlaw.com
Jeffrey L Sumpter     jsumpter@epiqtrustee.com, jsumpter@cbiz.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Dennis J Wickham     wickham@scmv.com, nazari@scmv.com