FILED
OCT 11 2018

Philip J. Layfield
8 The Green
Suite 6426
Dover, Delaware 19901
(302) 401-6804
phil@maximum.global

Alleged Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Philip James Layfield<br><br>         Debtor, | Case No.: 2:18-bk-15829-NB<br><br>Chapter 7<br><br>Assigned to: Hon. Neil Bason<br><br>**ALLEGED DEBTOR PHILIP J. LAYFIELD'S AMENDED PROOF OF SERVICE RE DEBTOR'S EXPEDITED MOTION FOR ENTRY OF AN ORDER FINDING JOHN JANSHESKI IN WILLFUL VIOLATION OF THE AUTOMATICE STAY AND ASSESSING SANCTIONS INCLUDING ACUTAL AND PUNITIVE DAMAGES DOCKET #42**<br><br>Hearing Date: October 24, 2018<br>Hearing Time: 10:00am<br>Department: 1545 |

PHILIP J. LAYFIELD'S
AMENDED PROOF OF SERVICE
CASE NO.: 2:18-bk-15829-NB
PAGE 1

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE; WESLEY H. AVERY-INTERIM, CHAPTER 7 TRUSTEE; AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

Alleged debtor, Philip J. Layfield (hereinafter "Layfield" or "Mr. Layfield Debtor"), hereby submits this Amended Proof of Service ("APOS") of his Expedited Motion for Entry of an Order Finding John Jansheski in Willful Violation of the Automatic Stay and Assessing Sanctions Including Actual and Punitive Damages ("EMEO") the above-captioned involuntary bankruptcy case. Because Mr. Layfield is in pro per, he is forced to mail filings directly to the Intake Clerk rather than through the ECF system and to reflect the mechanics of that process, this APOS reflects that it was Christine Layfield who physically mailed the documents to the Michel LeBlanc, John Jansheski and the Intake Clerk whose responsibility it is to properly scan and upload the filings and give appropriate notice via the NEF.

Dated: October 7, 2018                    By:    /s/ Philip J. Layfield
                                                 Philip J. Layfield

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
102 Moores Crossing #7, Millsboro, DE 19966

A true and correct copy of the foregoing document entitled (*specify*): <u>Expedited Motion for Sanctions to Find John Jansheski in Violation of the Automatic Stay</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>09/18/2018</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Beth Gaschen bgaschen@wgllp.com, kadele@wgllp.com, vrosales@wgllp.com, cbmeeker@gmail.com, cyoshonis@wgllp.com, Faye Rasch frasch@wgllp.com, tziemann@wgllp.com, Jeffrey Golden: jgolden@wgllp.com
Malhar S. Pagay:  mpagay@pszjlaw.com Wesley Avery wes@averytrustee.com, c117@ecfbis.com, lucy@averytrustee.com, alexandria@averytrustee.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>09/18/2018</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Bankruptcy Court Filing Window
United States Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>09/09/2018</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
  Megan Baer  megan.h.baer@gmail.com
Overnight Mail to:
Michael LeBlanc, 3831 Yazoo Drive, Lake Havasu City, AZ 86404 and to
John Jansheski c/o Edward Shipe, Howard & Howard, P.C., 4820 Old Kingston Pike, Knoxville, TN 37919

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/07/2018 | Christine Layfield | /s/ Christine Layfield |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

# ATTACHMENT TO PROOF OF SERVICE

1. **CONTINUED SERVICE LIST:**

   Jeffrey L Sumpter    jsumpter@epiqtrustee.com, jsumpter@cbiz.com

   United States Trustee (LA)  ustpregion16@la.ecf@usdoj.gov

   Dennis J. Wickham    wickham@scmv.com, nazari@scmv.com