Philip J. Layfield
8 The Green
Suite 6426
Dover, Delaware 19901
(302) 401-6804
phil@maximum.global

Alleged Debtor

**FILED**

**OCT 15 2018**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:18-bk-15829-NB |
| Philip James Layfield | Chapter 7 |
| Debtor, | Assigned to: Hon. Neil Bason |

**ALLEGED DEBTOR PHILIP J. LAYFIELD'S REPLY TO MOTION TO DISMISS INVOLUNTARY BANRUPTCY CASE**

**Hearing Date: October 24, 2018**
**Hearing Time: 10:00am**
**Place: Courtroom 1545**
**255 E. Temple Street**
**Los Angeles, CA 90012**

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE; WESLEY H. AVERY-INTERIM, CHAPTER 7 TRUSTEE; AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

Alleged debtor, Philip J. Layfield (hereinafter "Layfield" or "Mr. Layfield Debtor"), hereby submits this Reply in Support of his Motion to Dismiss Involuntary Case (the "Reply"). On October 11, 2018, Wellgen Standard, LLC ("Wellgen") filed an Opposition by and through their counsel Jeffery Golden (the "Opposition"). See Docket #73. Curiously enough, Mr. Golden also purports to represent Wesley Avery, the chapter 7 interim-trustee ("Trustee"). As of the date of this Reply, no other party has filed an Opposition.

After having reviewed the Opposition Docket #73 and the Courts Order on this Motion dated October 5, 2018 Docket #56, it is apparent that rather than hold a hearing on the merits, there is an attempt to confuse the issues, pervert the record and avoid addressing the deficiencies in the actual Involuntary Petition.

First and foremost, Alleged Debtor responds to the allegations by Mr. Golden that he was not served with this Motion and his allegations that he did not receive the motion by email either. Alleged Debtor also responds to this Court's allegations that the Motion was not properly served and was not timely. As an initial matter, Alleged Debtor was not served with the Involuntary Petition until August 24, 2018. If Alleged Debtor had been personally served, his due date for a response would have been September 14, 2018. According to Form F 1010-1.SUMMONS.INVOL, a response is due within 21 days, plus 3 additional days if served by mail. As a result, the response was due by September 17, 2018. The Response was emailed to all parties on September 9, 2018 at 10:26 am. See Exhibit 1. The Response was sent via United States Postal Service to the Intake Clerk on September 10, 2018 at 10:47 am. See Exhibit 2. That mailing, which included both the Motion and Declaration along with a cover letter was received by the Intake Clerk on September 12, 2018. See Exhibit 3. A copy of the

cover letter sent to the clerk is attached hereto as Exhibit 4. A screenshot of Alleged Debtor's

computer showing the "properties" of the Motion from the pdf file of the actual motion show

the document was created on September 9, 2018 at 10:09am, which is approximately 15

minutes prior to being emailed to all parties. Alleged Debtor's only obligation was to get the

document to the Intake Clerk for filing by the deadline. It was the Intake Clerk's

responsibility to scan the document and provide notice using the CM/ECF system and

generate a Notice of Electronic Filing. In further support of the underlying facts, Alleged

Debtor alerted the Court to the Motion during the hearing on September 18, 2018. See

Layfield Dec. paragraph 5.

There is no question that Alleged Debtor timely served his response to the Involuntary

Petition and but for an error at the Intake Clerks' office, the response should have been timely

posted to the docket. Any assertion by Golden to claim that he doesn't know who was served

or that he wasn't served is simply disingenuous and a clear attempt to prevent a hearing on the

merits. All such assertions should be rejected as yet another improper litigation tactic and a

clear attempt to prevent this pro se debtor who has been forced into these proceedings from

obtaining appropriate relief.

With respect to the substance of the arguments, first and foremost is the issue of the

validity of Wellgen's purported judgment. A Motion for Reconsideration has been filed in the

United States District Court in Case No. 8:17-cv-01628 set for hearing on October 22, 2018.

The Motion is well taken and clearly shows that Mr. Golden engaged in misconduct in

obtaining the Wellgen default judgment. Rather than trying to find every technical reason to

deny Alleged Debtor's relief, such as lack of proper proof of service (which has been cured)

1   and claims of untimely mailings, this Court should be more concerned with Mr. Golden's

2   misconduct in obtaining the judgment and should focus its inquiry on Mr. Golden's

3   misconduct in securing himself in a position to prevent Alleged Debtor from challenging his

4   improper litigation tactics. The answer is simple, this Court should sua sponte issue an order

5   for relief from stay to allow the motion to go forward and eliminate any further waste of

6   

7   judicial resources to prevent a determination on the merits as to the validity of the Wellgen

8   default.

9   

10      In relation to the claim that Pachulski has an undisputed claim, Wellgens' arguments

11  actually prove that Alleged Debtor's position is correct. First and foremost, Wellgen makes

12  the inappropriate leap to claim that because Alleged Debtor defaulted on an administrative

13  State Bar Proceeding that somehow the doctrine of *Res Judicata* prevents alleged debtor from

14  disputed a wholly unsupported allegation by Richard Pachulski ("Pachulski") for conversion

15  against alleged debtor. Without getting into the specifics regarding the offsets of any alleged

16  amounts due by virtue of the proofs of claim held by Alleged Debtor, Pachulski does not

17  

18  benefit from any *Res Judicata* effect. Basically, Wellgen makes the outrageous argument that

19  as a result of a default that occurred in a State Bar proceeding, Pachulski somehow obtains an

20  undisputed claim against debtor. Wellgen basically cites to one case in support of this

21  position. *Shalant v. State Bar of California*, 699 Fed. Appx. 724 (9th Cir. 2017). As a matter

22  

23  of procedure, *Shalant* is an unpublished opinion and it is wholly improper to cite for authority.

24  However, in the spirit of addressing matters on the merits, *Shalant* is wholly distinguishable

25  and actually demonstrates that Wellgen's assertion that *Res Judicata* applies to this matter is

26  

27  improper. The elements must exist for *Res Judicata* to apply: 1. Identify of claims; 2. A

28

1    final judgment on the merits; and 3. Privity between the parties. *See Tahoe-Sierra Pres.*

2    *Council v. Tahoe Reg. Planning,* 322 F.3d 1064, 1077 (9th Cir. 2003).    In *Shalant* the

3    attorney raised a due process defense during his state bar trial.  In a later lawsuit by Shalant

4
     against the State Bar in a section 1983 lawsuit, Shalant asserted claims for violation of due
5

6    process.  The three prongs of *Res Judicata* existing in that situation.  Same Claims, Judgment

7    on the Merits and Identical Parties.  In this case, the State Bar case against Alleged Debtor

8
     was based on different claims and different parties.  Furthermore, there was no actual
9

10   determination that Alleged Debtor converted any monies for his own benefit.  Pachulski

11   cannot and will not bring an action against Alleged Debtor for conversion because Pachulski

12   knows that debtor did not convert funds.  Pachulski knows that Alleged Debtor only received

13
     his salary from L&B.  If this Court were to file Wellgen's logic, then Pachulski could bring an
14

15   adversary complaint against Layfield and Layfield would be precluded from asserting any

16   defense whatsoever based on *Res Judicata*.  This reasoning is preposterous and should be

17   rejected by this Court.  For this reason alone, Alleged Debtor's petition should be granted.

18          Clearly, Alleged Debtor has successfully shifted the burden to the Petitioners and
19
     Petitioners have failed to meet their burden.  Pachulski doesn't even attempt to challenge this
20

21   because he knows he can't.

22   Debtor respectfully requests that this Court immediately enter an Order granting Alleged

23   Debtor's Motion to Dismiss.

24

25
     Dated: 10/12/18                                    By: _____
26

27                                                          Philip J. Layfield

28
                              PHILIP J. LAYFIELD'S
                           REPLY TO MOTION TO DISMISS
                           CASE NO.: 2:18-bk-15829-NB
                                    PAGE 5

# DECLARATION OF PHILIP LAYFIELD

I, Philip J. Layfield, hereby Declare as follows:

1.    I have personal knowledge of the facts stated herein.

2.    If called upon to testify, I could and would testify to the facts stated to hereinafter

3.    On September 9, 2018 I personally emailed courtesy copies of the Motion to Dismiss the Involuntary Bankruptcy Petition and Declaration in Support Thereof. Attached as Exhibit 1 is a true and correct copy of the email chain showing the email to the Petitioning Creditors on September 9, 2018 at 10:26am.

4.    On September 10, 2018 (which was a Monday), my wife Christine Layfield personally went to the post office to mail the Motion to Dismiss and Declaration to the United States Bankruptcy Court, Roybal Building and obtained a receipt for the mailing. A true and correct copy of the receipt is attached hereto as Exhibit 2.

5.    On October 12, 2018, I personally entered the tracking number of the receipt obtained in Exhibit 2 into the USPS tracking website and confirmed that the package was received on September 12, 2018. Attached as Exhibit 3 is a true and correct copy of the print out from the www.usps.com website showing the tracking history of the package containing the Motion to Dismiss.

6.    Attached as Exhibit 4 is a true and correct copy of the cover letter included to the Intake Clerk with the package mailed on September 10, 2018.

7.    Attached as Exhibit 5 is a true and correct copy of a screenshot from my personal computer that was used to draft the Motion to Dismiss. A review of that screenshot shows the Motion to Dismiss was last modified on September 9, 2018 at 10:09 am, which is approximately 15 minutes prior to the time I emailed the document

1  to the Petitioning Creditors.  Any assertion by Mr. Golden or his staff that they did not

2  receive my email or that somehow my Motion was not timely served is false.

3

4  Dated this 12th day of October 2018 at Millsboro, DE.

5       I declare under penalty of perjury under the laws of the United States that the

6  foregoing is true and correct to the best of my knowledge, information and belief.

7

8  By: _____

9  Philip James Layfield

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **EXHIBIT 1**

Message 1 of 6

**Sent at:** 9/9/2018 10:26:02 AM

# Motion to Dismiss Involuntary Petition

From:  Mr Philip Layfield <phil@maximum.global>
  To:  jgolden@lwgfllp.com, mpagay@pszjlaw.com, wes@averytrustee.com, megan.h.baer@gmail.com

Please see attached set for hearing in October.

**Attachments:**

  2018.9.8 Layfield Declaration in Support of Motion to Dismiss Involuntary Petition.pdf (21 MB)

  2018.9.8 Motion to Dismiss Involuntary Case.pdf (369 KB)

Message 2 of 6

**Sent at:** 9/10/2018 9:32:50 AM

# Fwd: Motion to Dismiss Involuntary Petition

From:  Mr Philip Layfield <phil@maximum.global>
  To:  Tina M. Talarchyk, Esq. <tmt@palmbeachbk11.com>

Download Attachment
Available until Oct 10, 2018

This was filed over the weekend.  Have a look.  Feel free to allocate time to this for reading and we can include in the fee
app when I win if you want.  I went at them pretty hard.

Sent from my iPad

Begin forwarded message:

  **From:** "Philip Layfield" <phil@maximum.global>
  **Date:** September 9, 2018 at 10:25:21 AM EDT
  **To:** "" <jgolden@lwgfllp.com>, "" <mpagay@pszjlaw.com>, "" <wes@averytrustee.com>, ""
  <megan.h.baer@gmail.com>

Please see attached set for hearing in October.

Click to Download
2018.9.8 Layfield Declaration in Support of Motion to Dismiss Involuntary Petition.pdf
21.2 MB

Click to Download
2018.9.8 Motion to Dismiss Involuntary Case.pdf
369 KB

Message 3 of 6

Sent at: 10/1/2018 5:34:53 PM

# Fwd: Motion to Dismiss Involuntary Petition

From:  Mr Philip Layfield <phil@maximum.global>
To:  sharon_sumlin@cacb.uscourts.gov

Please see the below email where everybody was served.  As I explained, for some reason I only received the file stamped copy of the Declaration back from the Clerk's office even though I submitted 3 copies.

Let's set this for October 24, 2018 at 10:00am as well.  I will provide new notices.

Thank you.

Sent from my iPad

[Quoted text hidden]

**Attachments:**

2018.9.8 Layfield Declaration in Support of Motion to Dismiss Involuntary Petition.pdf (21 MB)

2018.9.8 Motion to Dismiss Involuntary Case.pdf (369 KB)

Message 5 of 6

**Sent at:** 10/3/2018 5:34:13 PM

# Re: Fwd: Motion to Dismiss Involuntary Petition

From:   sharon_sumlin@cacb.uscourts.gov
To:   Mr Philip Layfield <phil@maximum.global>

Mr. Layfield,

Your notice is not proper notice.  You will need to file an amended notice of motion with the correct hearing information of October 24, 2018 at 10:00 a.m. If service is not proper and filed with the clerks office according to the local rules then the motion will not go on calendar for that day.

Thank you

**United States Bankruptcy Court**
Central District of California
*Sharon Sumlin*

**Courtroom Deputy to the
Honorable Neil Bason**

**Los Angeles (213)  894-4085**

sharon_sumlin@cacb.uscourts.gov

| | |
|---|---|
| From: | Philip Layfield <phil@maximum.global> |
| To: | sharon_sumlin@cacb.uscourts.gov, |
| Date: | 10/01/2018 02:35 PM |
| Subject: | Fwd: Motion to Dismiss Involuntary Petition |

Please see the below email where everybody was served.  As I explained, for some reason I only received the file stamped copy of the Declaration back from the Clerk's office even though I submitted 3 copies.

Let's set this for October 24, 2018 at 10:00am as well.  I will provide new notices.

Thank you.

Sent from my iPad

Begin forwarded message:

**From:** "Philip Layfield" <phil@maximum.global>
**Date:** September 9, 2018 at 10:25:21 AM EDT
**To:** "" <jgolden@lwgfllp.com>, "" <mpagay@pszjlaw.com>, "" <wes@averytrustee.com>, "" <megan.h.baer@gmail.com>
**Subject: Motion to Dismiss Involuntary Petition**

Please see attached set for hearing in October.

This message is confidential. It may also be privileged or otherwise protected by the work product doctrine or other legal rules. If you have received it by mistake, please let us know by e-mail reply, and delete it from your system. You may not copy this message or disclose its contents to anyone.The integrity and security of this message cannot be guaranteed on the Internet.[attachment "attuki6c.pdf" deleted by Sharon Sumlin/CACB/09/USCOURTS] [attachment "2018.9.8 Motion to Dismiss Involuntary Case.pdf" deleted by Sharon Sumlin/CACB/09/USCOURTS]

Message 6 of 6

Sent at: 10/4/2018 12:03:28 PM

# Re: Motion to Dismiss Involuntary Petition

From:  Mr Philip Layfield <phil@maximum.global>
   To:  sharon_sumlin@cacb.uscourts.gov

I am preparing the amended notice shortly along with a new proof of service.  I will send you a copy when it is ready.

Thank you.

Sent from my iPad

On Oct 3, 2018, at 5:34 PM, Sharon_Sumlin@cacb.uscourts.gov wrote:

[Quoted text hidden]

**Sent at:** 9/9/2018 10:26:02 AM

# Motion to Dismiss Involuntary Petition

From:  Mr Philip Layfield <phil@maximum.global>

   To:  jgolden@lwgfllp.com, mpagay@pszjlaw.com, wes@averytrustee.com, megan.h.baer@gmail.com

Please see attached set for hearing in October.

**Attachments:**

2018.9.8 Layfield Declaration in Support of Motion to Dismiss Involuntary Petition.pdf (21 MB)

2018.9.8 Motion to Dismiss Involuntary Case.pdf (369 KB)

# **EXHIBIT 2**

```
        MILLSBORO
       100 MAIN ST
       MILLSBORO
          DE
       19966-9998
       0945100966
09/10/2018   (800)275-8777   10:47 AM

=======================================
=======================================
Product              Sale      Final
Description          Qty       Price

$6.70 Pri Mail        1        $6.70
   (Unit Price:$6.70)
Prepaid Mail          1
   (Weight:4 lbs.  2.70 oz.)
   (Destination:LOS ANGELES, CA 90012
   )
   (Acceptance Date:09/10/2018  10:46
   :20)
   (Label #:42090012940580369930069057
   9855)

Total                          $6.70

Debit Card Remit'd             $6.70
   (Card Name:VISA)
   (Account #:XXXXXXXXXXXX3588)
   (Approval #:       )
   (Transaction #:539)
   (Receipt #:018481)
   (Debit Card Purchase:$6.70)
   (Cash Back:$0.00)
   (AID:A0000000980840       Chip)
   (AL:US DEBIT)
   (PIN:Verified)

      Preview your Mail
      Track your Packages
      Sign up for FREE @
      www.informeddelivery.com


All sales final on stamps and postage
Refunds for guaranteed services only
    Thank you for your business

    HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

           Go to:
https://postalexperience.com/Pos

840-5080-0245-001-00034-88781-02

    or scan this code with
      your mobile device:
```



```
    or call 1-800-410-7420.

    YOUR OPINION COUNTS
```

## **EXHIBIT 3**

ALERT: USPS SERVICES ARE DISRUPTED IN SOME FLORIDA PANHANDLE AREAS IMPACTED...

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package  **+**

**Tracking Number:** 42090012940580369930069057 9855

Remove ✕

**On Time**

**Expected Delivery on**

**WEDNESDAY**

# 12 SEPTEMBER 2018 ⓘ

Feedback

## ✓ **Delivered**

September 12, 2018 at 12:54 pm
Delivered, To Mail Room
LOS ANGELES, CA 90012

Get Updates ∨

___

**Text & Email Updates**                                                        ∨

___

**Tracking History**                                                            ∧

**September 12, 2018, 12:54 pm**
Delivered, To Mail Room
LOS ANGELES, CA 90012
Your item has been delivered to the mail room at 12:54 pm on September 12, 2018 in LOS ANGELES, CA
90012.

**September 12, 2018, 10:44 am**
Out for Delivery
LOS ANGELES, CA 90012


**September 12, 2018, 9:43 am**
Out for Delivery
LOS ANGELES, CA 90012


**September 12, 2018, 9:33 am**
Sorting Complete
LOS ANGELES, CA 90012


**September 12, 2018, 7:01 am**
Arrived at Unit
LOS ANGELES, CA 90012


**September 12, 2018, 4:09 am**
Arrived at USPS Facility
LOS ANGELES, CA 90012

Feedback

**September 12, 2018, 1:42 am**
Departed USPS Regional Facility
LOS ANGELES CA NETWORK DISTRIBUTION CENTER


**September 12, 2018, 1:39 am**
Arrived at USPS Regional Destination Facility
LOS ANGELES CA NETWORK DISTRIBUTION CENTER


**September 11, 2018**
In Transit to Next Facility


**September 10, 2018, 8:16 pm**
Arrived at USPS Regional Origin Facility
PHILADELPHIA PA NETWORK DISTRIBUTION CENTER


**September 10, 2018, 2:25 pm**
Departed Post Office
MILLSBORO, DE 19966

**September 10, 2018, 10:47 am**
USPS in possession of item
MILLSBORO, DE 19966

**September 9, 2018**
Pre-Shipment Info Sent to USPS, USPS Awaiting Item

---

**Product Information**                                                                    ∧

**Postal Product:**                                **Features:**
Priority Mail®                                       Insured

---

**See Less** ∧

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.


## Sign Up

## (https://reg.usps.com/entreg/RegistrationAction_input?

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and
mailpieces that are processed through USPS' automated equipment.

app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2F...

# **EXHIBIT 4**



September 9, 2018

Bankruptcy Court Filing Window
United States Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Los Angeles, CA 90012


    RE:   In Re Philip James Layfield, APC Case No. 2:18-bk-15829-NB

Dear Filing Clerk:

Please find enclosed the following for filing:

1. Motion to Dismiss Involuntary Ch. 7 Bankruptcy .

I have included 3 copies of this Motion.  Please forward a copy to the Judge's Chambers.  Please
include the file-stamped copies in the pre-paid, self addressed envelope.

Sincerely,


Philip J. Layfield

# EXHIBIT 5



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
102 Moores Crossing #7, Millsboro, DE 19966

A true and correct copy of the foregoing document entitled (*specify*): Layfield Reply Re Motion to Dimiss Involuntary
Petition

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
10/12/2018         , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:
  Beth Gaschen bgaschen@wgllp.com, kadele@wgllp.com, vrosales@wgllp.com, cbmeeker@gmail.com,
  cyoshonis@wgllp.com, Faye Rasch frasch@wgllp.com, tziemann@wgllp.com, Jeffrey Golden:  jgolden@wgllp.com,
  Malhar S. Pagay:  mpagay@pszjlaw.com Wesley Avery wes@averytrustee.com, c117@ecfbis.com,
  lucy@averytrustee.com, alexandria@averytrustee.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)      10/12/2018         , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.
  Bankruptcy Court Filing Window
  United States Bankruptcy Court
  Roybal Federal Building
  255 E. Temple Street
  Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)     09/09/2018         , I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.
  Megan Baer  megan.h.baer@gmail.com
  Overnight Mail to:
  Michael LeBlanc, 3831 Yazoo Drive, Lake Havasu City, AZ 86404 and to

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/12/2018 | Christine Layfield | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of Calif ornia.

**F 9013-3.1.PROOF.SERVICE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTACHMENT TO PROOF OF SERVICE

1. **CONTINUED SERVICE LIST:**

   Jeffrey L Sumpter    jsumpter@epiqtrustee.com, jsumpter@cbiz.com

   United States Trustee (LA)  ustpregion16@la.ecf@usdoj.gov

   Dennis J. Wickham  wickham@scmv.com, nazari@scmv.com