Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  dgrassgreen@pszjlaw.com
         mpagay@pszjlaw.com

[Proposed] Attorneys for Richard M. Pachulski, Chapter 11 Trustee

FILED & ENTERED

SEP 27 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>　　　　　　Debtor. | Case No. 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**ORDER AMENDING "ORDER CONVERTING THIS CASE TO ONE UNDER CHAPTER 11" TO INCLUDE ORDER FOR RELIEF** |

　　　　The Court, having considered the chapter 11 involuntary petition (the "Involuntary Petition") filed on August 3, 2017, by petitioning creditors (i) The Dominguez Firm, (ii) Mario Lara, (iii) Nayazi Reyes and (iv) Maria A. Rios, against Layfield & Barrett, APC, the debtor in the above-captioned case (the "Debtor"); the Involuntary Summons having been served on August 3, 2017; and Rule 1013(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") providing that, in the absence of a debtor's contesting an involuntary petition "within the time provided by Bankruptcy Rule 1011, the court, on the next day, or as soon thereafter as practicable, shall enter an order for the relief requested in the petition"; the Debtor having failed to timely contest entry of an Order for Relief; and the Debtor on August 8, 2017, having filed the *Debtor's Motion to Convert Case under 11 U.S.C. §§ 706(a) or 1112(a)* [Docket No. 19], which motion was granted by the Court's entry of the *Order Converting This Case to One Under Chapter 11*, entered August 11, 2017 [Docket No.

25] (the "Conversion Order"); and the Court, *sua sponte*, noting that the Conversion Order inadvertently failed to include an Order for Relief; and good cause appearing therefor,

IT IS HEREBY ORDERED that the Conversion Order is hereby amended to provide that the Order for Relief is entered in this case, effective August 11, 2017.

###

Date: September 27, 2017

Neil W. Bason
United States Bankruptcy Judge