Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: dgrassgreen@pszjlaw.com
         mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee



**FILED & ENTERED**

**NOV 13 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>　　　　　Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**ORDER GRANTING *SECOND EX PARTE* MOTION TO RESET CLAIMS BAR DATE AND SERVICE DEADLINE SET FORTH IN ORDER (I) SETTING CLAIMS BAR DATE AND DIRECTING SERVICE BY CHAPTER 11 TRUSTEE; AND (II) APPROVING FORM OF NOTICE OF CHAPTER 11 BANKRUPTCY CASE AND CLAIMS BAR DATE**<br><br>[No Hearing Required] |

The Court, having considered the *Second Ex Parte Motion to Reset Claims Bar Date and Service Deadlines Set Forth In Order (I) Setting Claims Bar Date and Directing Service By Chapter 11 Trustee; and (II) Approving Form of Notice of Chapter 11 Bankruptcy Case and Claims Bar Date* [Docket No. 130] (the "Motion"), filed by Richard M. Pachulski, the duly appointed chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy case of Layfield & Barrett, APC, pursuant to which the Trustee sought relief from the Court's *Order (I) Setting Claims Bar Date and Directing Service by Chapter 11 Trustee; and (II) Approving Form of Notice of Chapter 11*

DOCS_LA:310360.2 51414/001

*Bankruptcy Case and Claims Bar Date* [Docket No. 123] (the "Bar Date Order");[1] and good cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. The Bar Date Order is revised to reflect that:

    a. February 5, 2018, is hereby fixed as the Bar Date; and

    b. The Bar Date Notice Service Deadline shall be December 1, 2017.

3. The remainder of the relief ordered in the Bar Date Order is not affected by this Order.

# # #

Date: November 13, 2017

_____
Neil W. Bason
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Motion.

DOCS_LA:310360.2 51414/001