**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Faye Rasch, State Bar No. 253838
frasch@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Creditor
Wellgen Standard, LLC

FILED & ENTERED

DEC 03 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PHILIP JAMES LAYFIELD,<br><br>Debtor. | Case No. 2:18-bk-15829-NB<br><br>Chapter 7<br><br>**ORDER ON PHILIP LAYFIELD'S REQUEST FOR RELIEF FROM DISCOVERY**<br><br>DATE:    November 26, 2018<br>TIME:    4:00 p.m. |

On November 26, 2018, at 4:00 p.m., the parties conducted a telephonic conference with the court on Philp Layfield's Request for Relief from Discovery. <u>This Order memorializes this Court's oral rulings at that hearing.</u>  Having considered the oral arguments by the parties, the written arguments emailed by the parties <u>(Dkt. 125, and an email from counsel for the Layfield & Barrett Chapter 11 Trustee simply joining in Wellgen's email)</u>, and for the reasons set forth on the record at the hearing,

**IT IS ORDERED:**

1. Philip Layfield's request for relief from discovery is denied;

2. Philip Layfield's request for a protective order is denied; and

//

1196805.1    ORDER

3. Philip Layfield is ordered to appear for his deposition set for November 27, 2018.

###

Date: December 3, 2018

Neil W. Bason
United States Bankruptcy Judge