1   Debra I. Grassgreen (CA Bar No. 169978)
    Malhar S. Pagay (CA Bar No. 189289)
2   PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
3   Los Angeles, California  90067
    Telephone: 310/277-6910
4   Facsimile:  310/201-0760
    E-mail: dgrassgreen@pszjlaw.com
5           mpagay@pszjlaw.com

6   Counsel for Petitioning Creditor, Richard M. Pachulski,
    Chapter 11 Trustee of Layfield & Barrett, APC
7

8               **UNITED STATES BANKRUPTCY COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                  **LOS ANGELES DIVISION**

11  In re:                                  Case No. 2:18-bk-15829-NB

12  PHILIP JAMES LAYFIELD,                   Chapter 11

13                      Alleged Debtor.      **PETITIONING CREDITOR, RICHARD M.
                                             PACHULSKI, CHAPTER 11 TRUSTEE OF
14                                           LAYFIELD & BARRETT, APC'S JOINDER
                                             TO REPLY IN SUPPORT OF WELLGEN
15                                           STANDARD, LLC'S MOTION FOR
                                             SUMMARY JUDGMENT**
16

17                                           [Relates to Docket Nos. 100, 101, 102, 131, 132,
                                             133, and 138]
18
                                             Date:       December 6, 2018
19                                           Time:       10:00 a.m.
                                             Courtroom:  1545
20                                                       255 E. Temple Street
                                                         Los Angeles, California 90012
21                                           Judge:      Hon. Neil W. Bason
22

23      Richard M. Pachulski, Chapter 11 Trustee of the bankruptcy estate of Layfield & Barrett,

24  APC, and petitioning creditor herein, hereby joins and incorporates as if fully set forth herein the

25  *Reply in Support of Wellgen Standard, LLC's Motion for Summary Judgment*, filed by Wellgen

26  Standard, LLC [Docket No. 138].

27

28

DOCS_LA:318118.1 51414/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Dated: December 3, 2018                    PACHULSKI STANG ZIEHL & JONES LLP


By:      */s/Malhar S. Pagay*
                 Malhar S. Pagay
                 Counsel for Petitioning Creditor, Richard M.
                 Pachulski, Chapter 11 Trustee of
                 Layfield & Barrett, APC

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

DOCS_LA:318118.1 51414/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): ***PETITIONING CREDITOR, RICHARD M. PACHULSKI, CHAPTER 11 TRUSTEE OF LAYFIELD & BARRETT, APC'S JOINDER TO REPLY IN SUPPORT OF WELLGEN STANDARD, LLC'S MOTION FOR SUMMARY JUDGMENT*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 3, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **December 3, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| Layfield & Barrett, APC | Layfield & Barrett, APC |
| Fka Layfield & Wallace, APC | Fka Layfield & Wallace, APC |
| Fka The Layfield Law Firm, APC | Fka The Layfield Law Firm, APC |
| **Attn:  Philip Layfield, Officer of Record** | **Attn:  Any Officer Other Than Philip Layfield** |
| 2720 Homestead Rd., Suite 210 | 2720 Homestead Rd., Ste. 210 |
| Park City, UT 84098 | Park City, UT 84098 |

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 3, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Honorable Neil W. Bason
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA  90012
Attn: Mail Room Clerk-Judges  Copies

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 3, 2018 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Wesley H Avery (TR)   wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com;alexandria@averytrustee.com
- Beth Gaschen   bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- Jeffrey I Golden   jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- Yana G Henriks   yhenriks@law-mh.com, rmcmurray@law-mh.com
- Malhar S Pagay   mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Faye C Rasch   frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- Jeffrey L Sumpter   jsumpter@epiqtrustee.com, jsumpter@cbiz.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Dennis J Wickham   wickham@scmv.com, nazari@scmv.com


2. **SERVED BY UNITED STATES MAIL**:

Philip J. Layfield
1875 Connecticut Ave. NW, 10th Fl
Washington, DC 20006

Layfield & Barrett, APC
fka Layfield & Wallace, APC
fka The Layfield Law Firm, APC
Attn:  Philip Layfield, Officer of Record
c/o Maximum Legal Holdings, LLC
8 The Green, Suite 6426
Dover, Delaware  19901

Philip J. Layfield
c/o Maximum Legal Holdings, LLC
8 The Green
Suite 6426
Dover, Delaware  19901

Layfield & Barrett, APC
fka Layfield & Wallace, APC
fka The Layfield Law Firm, APC
Attn:  Philip Layfield, Officer of Record
1875 Connecticut Ave. NW, 10th Fl.
Washington, DC 20006

Bofi Federal Bank
4350 La Jolla Village Drive, Suite 140
San Diego, CA  92122

Alliance Legal Solutions, Inc.
501 South Sharon Amity road
Charlotte, NC  28211-3099

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.