Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: dgrassgreen@pszjlaw.com
         mpagay@pszjlaw.com

Counsel for Petitioning Creditor, Richard M. Pachulski, Chapter 11 Trustee of Layfield & Barrett, APC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>PHILIP JAMES LAYFIELD,<br><br>　　　　　　　Alleged Debtor. | Case No. 2:18-bk-15829-NB<br><br>Chapter 11<br><br>**PETITIONING CREDITOR, RICHARD M. PACHULSKI, CHAPTER 11 TRUSTEE OF LAYFIELD & BARRETT, APC'S JOINDER TO WELLGEN STANDARD, LLC'S OBJECTION TO ALLEGED DEBTOR'S MOTION TO TRANSFER VENUE TO THE BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**<br><br>[Relates to Docket Nos. 93 and 143]<br><br>Date:　　　December 6, 2018<br>Time:　　　10:00 a.m.<br>Courtroom:　1545<br>　　　　　　255 E. Temple Street<br>　　　　　　Los Angeles, California 90012<br>Judge:　　　Hon. Neil W. Bason |

Richard M. Pachulski, Chapter 11 Trustee of the bankruptcy estate of Layfield & Barrett, APC, and petitioning creditor herein, hereby joins and incorporates as if fully set forth herein *Wellgen Standard, LLC's Objection to Alleged Debtor's Motion to Transfer Venue to the Bankruptcy Court for the District of Delaware* [Docket No. 143].

DOCS_LA:318123.1 51414/001

Dated: December 4, 2018                    PACHULSKI STANG ZIEHL & JONES LLP

By    */s/Malhar S. Pagay*
       Malhar S. Pagay
       Counsel for Petitioning Creditor, Richard M.
       Pachulski, Chapter 11 Trustee of
       Layfield & Barrett, APC

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

DOCS_LA:318123.1 51414/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **PETITIONING CREDITOR, RICHARD M. PACHULSKI, CHAPTER 11 TRUSTEE OF LAYFIELD & BARRETT, APC'S JOINDER TO WELLGEN STANDARD, LLC'S OBJECTION TO ALLEGED DEBTOR'S MOTION TO TRANSFER VENUE TO THE BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 15, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 15, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 15, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Honorable Neil W. Bason
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA  90012
Attn: Mail Room Clerk-Judges  Copies

By Email:
Philip Layfield phil@maximum.global

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 15, 2018 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:317360.1 51414/001

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

**Mailing Information for Case 2:17-bk-19548-NB**

- *Wesley H Avery (TR)    wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com;alexandria@averytrustee.com*
- *Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com*
- *Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com*
- *Yana G Henriks    yhenriks@law-mh.com, rmcmurray@law-mh.com*
- *Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com*
- *Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com*
- *Jeffrey L Sumpter    jsumpter@epiqtrustee.com, jsumpter@cbiz.com*
- *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
- *Dennis J Wickham    wickham@scmv.com, nazari@scmv.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:317360.1 51414/001