1 **WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
2 jgolden@wgllp.com
Faye Rasch, State Bar No. 253838
3 frasch@wgllp.com
650 Town Center Drive, Suite 600
4 Costa Mesa, California 92626
Telephone:   714-966-1000
5 Facsimile:   714-966-1002

6 **BRADLEY ARANT BOULT CUMMINGS LLP**
Roger G. Jones (admitted pro hac vice)
7 rjones@bradley.com
1600 Division Street, Suite 700
8 Nashville, TN 37219
Telephone: 615-252-2323
9 Attorneys for Wellgen Standard, LLC

**FILED & ENTERED**

**DEC 12 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

**CHANGES MADE BY COURT**

10              **UNITED STATES BANKRUPTCY COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12              **LOS ANGELES DIVISION**

13  In re

14  PHILIP JAMES LAYFIELD,

15                   Debtor.

Case No. 2:18-bk-15829-NB

Chapter 7

**ORDER ON PHILIP LAYFIELD'S MOTION TO TRANSFER VENUE**

**DATE:   December 6, 2018**
**TIME:    10:00 a.m.**
**CTRM:   1545**

16

17

18

19         On December 6, 2018, at 10:00 a.m., the parties appeared before the Court on

20  Philip Layfield's Motion to Transfer Venue [Docket No. 93]. This order memorializes this

21  Court's oral rulings at that hearing. Having considered the oral argument by the parties,

22  the written arguments submitted on behalf of the parties, and for the reasons set forth in

23  the Court's tentative ruling <u>(dkt. 149, p. 4, ¶ (2)(a))</u> and as stated on the record at the

24  hearing,

25  <u>//</u>

26

27

28

1198319.1

ORDER

*Weiland Golden Goodrich LLP*
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1    **IT IS ORDERED** that the Motion to Transfer Venue is denied without leave to

2    amend.

3                                                            ###

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Date: December 12, 2018

24                                            Neil W. Bason
                                              United States Bankruptcy Judge

25

26

27

28

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1198319.1                          2                          ORDER