1 **WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
2 jgolden@wgllp.com
Faye Rasch, State Bar No. 253838
3 frasch@wgllp.com
650 Town Center Drive, Suite 600
4 Costa Mesa, California 92626
Telephone:   714-966-1000
5 Facsimile:   714-966-1002

6 **BRADLEY ARANT BOULT CUMMINGS LLP**
Roger G. Jones (admitted pro hac vice)
7 rjones@bradley.com
1600 Division Street, Suite 700
8 Nashville, TN 37219
Telephone: 615-252-2323
9 Attorneys for Wellgen Standard, LLC

**FILED & ENTERED**

**DEC 12 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY sumlin    DEPUTY CLERK**

**CHANGES MADE BY COURT**

10            **UNITED STATES BANKRUPTCY COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12            **LOS ANGELES DIVISION**

13 In re

14 PHILIP JAMES LAYFIELD,

15            Debtor.

Case No. 2:18-bk-15829-NB

Chapter 7

**ORDER ON WELLGEN STANDARD, LLC'S MOTION FOR SUMMARY JUDGMENT**

**DATE:   December 6, 2018**
**TIME:   10:00 a.m.**
**CTRM:   1545**

19

20     On December 6, 2018, at 10:00 a.m., the parties appeared before the Court on

21 Wellgen Standard, LLC's Motion for Summary Judgment [Docket No. 100]. This order

22 memorializes this Court's oral rulings at that hearing. Having considered the oral

23 argument by the parties, the written arguments submitted on behalf of the parties, and for

24 the reasons set forth in the Court's tentative ruling (dkt. 149, pp. 5-6, ¶ (2)(b)) and as

25 stated on the record at the hearing,

26 //

27

28
1198315.1                                                            ORDER

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1  **IT IS ORDERED** that Wellgen Standard, LLC's Motion for Summary Judgment is

2  granted, and an order for relief shall issue (*i.e., the involuntary bankruptcy petition shall be*

3  *granted by a separate order for relief*).

4  ###

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Date: December 12, 2018

24

Neil W. Bason
United States Bankruptcy Judge

25

26

27

28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002