**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Faye Rasch, State Bar No. 253838
frasch@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone:   714-966-1000
Facsimile:    714-966-1002

Attorneys for Chapter 7 Trustee
Wesley H. Avery

**FILED & ENTERED**

**DEC 13 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PHILIP JAMES LAYFIELD,<br><br>            Debtor. | Case No. 2:18-bk-15829-NB<br><br>Chapter 7<br><br>**ORDER ON PHILIP LAYFIELD'S MOTION FOR ENTRY OF AN ORDER FINDING MICHAEL LEBLANC IN WILLFUL VIOLATION OF THE AUTOMATIC STAY**<br><br>**DATE:**   December 6, 2018<br>**TIME:**    10:00 a.m.<br>**CTRM:**   1545 |

1198324.1

ORDER

On December 6, 2018, at 10:00 a.m., the parties appeared before the Court on Philip Layfield's Motion for Entry of an Order Finding Michael LeBlanc in Willful Violation of the Automatic Stay [Docket No. 41]. This order memorializes this Court's oral rulings at that hearing. Having considered the oral argument by the parties, the written arguments submitted on behalf of the parties, and for the reasons set forth in the Court's tentative ruling (dkt. 149, p. 7-8, ¶ 2(g)) and as stated on the record at the hearing,

**IT IS ORDERED** that:

1. The Motion for Entry of an Order Finding Michael LeBlanc in Willful Violation of the Automatic Stay is denied.

2. Michael LeBlanc shall provide an accounting to the chapter 7 trustee, Wesley H. Avery, and upon written demand shall turnover the security deposit in the amount of $24,000 to Mr. Avery.

###

Date: December 13, 2018

Neil W. Bason
United States Bankruptcy Judge

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002