Wesley H. Avery, Trustee
758 E. Colorado Blvd., Suite 210
Pasadena, CA 91101
Telephone: (626) 395-7576
Alexandria@AveryTrustee.com
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION, RIVERSIDE DIVISION, SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| **In re:** | Case No. 18-15829-NB |
| **LAYFIELD, PHILIP JAMES** | Chapter 7 |
| Debtor(s). | **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a)** |

**TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY:**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter was continued to **March 6, 2019 at 10:00 AM**, located at**:** Office of the United States Trustee, **915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017** for the reason set forth below:

☒ Debtor failed to appear at required 341(a) Meeting of Creditors.

DATED: January 22, 2019        /s/ Wesley H. Avery
                               Wesley H. Avery, Chapter 7 Trustee

I certify that I served the within Notice on the above debtor(s), the attorney of record (if any), and interested parties on January 22, 2019.

                               /s/ Alexandria Fitzpatrick
                               Alexandria Fitzpatrick, Asset Clerk

PHILIP LAYFIELD
SERIAL NO. 71408-050, 535 N. ALAMEDA ST.
LOS ANGELES, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

    758 E. Colorado Blvd., Suite 210, Pasadena, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C §341(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General February 14, 2019 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Wesley H Avery (TR)**    wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com;alexandria@averytrustee.com
- **Beth Gaschen**    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- **Jeffrey I Golden**    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- **Karen Goodman**    legalstaff1@goodman-law.com
- **Yana G Henriks**    yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com
- **Malhar S Pagay**    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- **Faye C Rasch**    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- **Jeffrey L Sumpter**    jsumpter@epiqtrustee.com, jsumpter@cbiz.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Dennis J Wickham**    wickham@scmv.com, nazari@scmv.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 14, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    Debtor: Philip James Layfield, Serial No. 71408-050, 535 N. Alameda Street, Los Angeles, CA 90012
    Debtor: Philip James Layfield, Maximum Legal Holdings, LLC, 8 The Green, Suite 6426, Dover, DE 199011

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

| February 14, 2019 | Lucy Mavyan | /s/ Lucy Mavyan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                            **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

**SERVED BY US MAIL:**

**Megan Hanley Baer**
501 S. Sharon Amity Rd.
Charlotte, NC 28211

**Karen M Goodman**
Goodman & Associates
3840 Watt Ave, Bldg A
Sacramento, CA 95821

**Art Hosmer**
1515 E Gentile St
Layton, UT 84040

**Roger G. Jones**
Bradley Arant Boult Cummings LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203

**Bert Rosenquist**
1515 E Gentile St
Layton, UT 84040

**Anthony M Solis**
550 S Hope St #660
Los Angeles, CA 90071

**McMurray Henriks, LLP**
Attn: Vahan Torosian
5670 Wilshire Blvd., Suite 1450
Los Angeles, CA 90036

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**