1 | **WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
2 | jgolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
3 | bgaschen@wgllp.com
Ryan W. Beall, State Bar No. 313774
4 | rbeall@wgllp.com
650 Town Center Drive, Suite 600
5 | Costa Mesa, California 92626
Telephone    714-966-1000
6 | Facsimile     714-966-1002

7 | Attorneys for Chapter 7 Trustee
Wesley H. Avery

**FILED & ENTERED**

**JUN 28 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re

PHILIP JAMES LAYFIELD,

　　　　Debtor.

Case No. 2:18-bk-15829-NB

Chapter 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING THE DEADLINE TO OBJECT TO THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4004**

[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]

//

//

//

The Court having read and considered the Chapter 7 Trustee's Motion for Order Extending the Deadline to Object to the Debtor's Discharge Pursuant to 11 U.S.C. § 727 and Federal Rule of Bankruptcy Procedure 4004 filed on March 18, 2019, Docket #198 ("Motion") and with good cause shown,

IT IS ORDERED:

1. The Motion is granted.

2. The deadline set by 11 U.S.C. § 727 is extended to June 18, 2019, for the Trustee and the Office of the United States Trustee to file a complaint objecting to the Debtor's discharge pursuant to Federal Rule of Bankruptcy Procedure 4004(b).

###

Date: June 28, 2019

Neil W. Bason
United States Bankruptcy Judge

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

2